*Jackson, ex dem. Russel and others, v. Stiles, Dockstader, tenant.*

*Same v. Same, Freelick, tenant.*

TO set aside the default and proceedings in these causes, the defendants relied on an affidavit of their attorney's clerk, stating a service of notice of appearance and the consent rule, by leaving them, on the 17th of *January*, 1804, between the hours of 2 and 4 in the afternoon, at the office of *J. V. Henry*, the agent for the attorney of the plaintiffs, and that there were good and substantial defences. On the other hand, from the depositions of the plaintiffs' attorney it appeared, that Mr. *Henry* was not appointed their agent, till *July*, 1804; that notice of appearance, &c.

had not been received; that in one suit, a writ of pos-session had been sued out in *May* term of that year, and executed in the vacation following, and that in the other, the tenant had compromised and bought the land of the lessor of the plaintiff.

SPENCER, J. The affidavits go only to there be-ing defences, but this is no evidence of merits. The proceedings have been perfectly regular on the part of the plaintiffs, and nothing appears from whence a mistake could have arisen. The applications must, therefore, be denied.